In re the Matter of Makenzie Irene CULLEN, a Minor, by her Father and next Friend, Troy A. CULLEN and Troy A. Cullen, Individually, Respondent,

v.

Laura R. SHUPERT, Appellant.

No. WD 76624.

Missouri Court of Appeals, Western District.

Sept. 30, 2014.

Caroline C. Gnefkow, Independence, MO, for respondent.

Laura Shupert, appellant Pro Se.

Before Division Four: ALOK AHUJA, Chief Judge, Presiding, CYNTHIA L. MARTIN, Judge and DAVID H. MILLER, Special Judge.

**ORDER**

PER CURIAM:

Laura Shupert appeals from the trial court's judgment of paternity, custody, visitation, and child support that ordered a minor child to be placed in joint legal and physical custody with the child's father, and which adopted a parenting plan proposed by a Guardian Ad Litem. Laura Shupert asserts that the trial court erred in that it: (1) failed to make statutorily mandated written findings of fact and conclusions of law; (2) failed to grant a continuance to permit her to secure new counsel; (3) adopted the Guardian Ad Litem's proposed parenting plan verbatim; and (4)

exhibited judicial bias and prejudice during trial.

We affirm. Rule 84.16(b).